**DISMISS and Opinion Filed August 29, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00138-CV

## LEAH BUTTERWORTH, Appellant
## V.
## LIVING ASSISTANCE SERVICES, INC. AND
## VERSA SALES, LLC D/B/A VISITING ANGELS, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09864**

## MEMORANDUM OPINION
Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Goldstein

This is an appeal from an order granting a motion to dismiss pursuant to rule 91a of the Texas Rules of Civil Procedure. *See* TEX. R. CIV. P. 91a. After reviewing appellant's brief, we notified her that her brief was deficient and provided a detailed explanation of why her brief did not meet the requirements of Texas Rule of Appellate Procedure 38. *See* TEX. R. APP. P. 38.1. We noted that among other things, appellant failed to provide a statement of facts and failed to provide a clear and concise argument with appropriate citations to authorities and to the record. We directed appellant to file an amended brief and cautioned her that failure to do so

might result in the dismissal of the appeal without further notice. Although given the opportunity to file an amended brief, appellant declined to do so.

An appellant's brief must substantially comply with the Rules of Appellate Procedure. *See id*. 38.9. A brief must, among other requirements, include (1) a concise statement of the complaint presented for review along with pertinent facts supported by record references; (2) succinct and clear argument for why the complaint has merit; and, (3) application of relevant legal authorities with appropriate citations to authorities and to the record. *See* TEX. R. APP. P. 38.1(f),(g),(i). The formal briefing requirements in the Rules of Appellate Procedure are intended to ensure, among other things, that an appellate court has the information necessary to resolve the relevant issues while maintaining its role as a neutral adjudicator. *Id*. 38.9; *see Ihnfeldt v. Reagan*, No. 02-14-00220-CV, 2016 WL 7010922, at *9 (Tex. App.—Fort Worth Dec. 1, 2016, pet. denied) (mem. op.). Thus, to substantially comply with the Rules of Appellate Procedure, an appellant's brief must, at a minimum, (1) not "flagrantly violat[e]" the formal briefing requirements; and (2) present the issues, facts, and legal authorities so as to "acquaint the court with the issues in [the] case and ... enable the court to decide the case." TEX. R. APP. P. 38.9; *see Horton v. Stovall*, 591 S.W.3d 567, 569–70 (Tex. 2019) (per curiam).

We construe appellate briefs "liberally, but reasonably" so that the right to appeal is not unnecessarily lost by waiver, and we will "not dismiss an appeal for a

procedural defect whenever any arguable interpretation of the rules of appellate procedure would preserve the appeal." *See Horton*, 591 S.W.3d at 569–70; *Ryland Enter., Inc. v. Weatherspoon*, 355 S.W.3d 664, 665 (Tex. 2011) (per curiam) (quoting *Verburgt v. Dorner*, 959 S.W.2d 615, 616 (Tex. 1997)). Here, however, appellant failed to substantially comply with the rules; she flagrantly violated the briefing requirements, and her violations prevent us from resolving the merits of the appeal. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 38.8 (a)(1); 42.2(b), (c); *Bolling v. Farmer's Branch I.S.D.*, 315 S.W.3d 893, 897 (Tex. App—Dallas 2010, no pet.).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

220138F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LEAH BUTTERWORTH, Appellant

No. 05-22-00138-CV      V.

LIVING ASSISTANCE SERVICES,
INC. AND VERSA SALES, LLC
D/B/A VISITING ANGELS,
Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-09864.
Opinion delivered by Justice
Goldstein. Justices Myers and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees LIVING ASSISTANCE SERVICES, INC. AND VERSA SALES, LLC D/B/A VISITING ANGELS recover their costs of this appeal from appellant LEAH BUTTERWORTH.

Judgment entered August 29, 2022

–4–